☒AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Total Team Construction Services, Inc.
                  Plaintiff (s),

V.

Basic Metals Industries, LLC
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-00052-EDL

Notice is hereby given that, subject to approval by the court, __Travelers Casualty & Surety Co.__ substitutes
                                                                            (Party (s) Name)

__Michael J. Timpane__, State Bar No. __115238__ as counsel of record in
    (Name of New Attorney)

place of __Patricia A. Meagher (Bar No. 113219)__.
                (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Salamirad, Morrow, Timpane & Dunn LLP |
| Address: | One Sansome Street, Suite 3500 |
| Telephone: | (415) 946-8991      Facsimile (415) 946-8993 |
| E-Mail (Optional): | mt@smtdlaw.com |

I consent to the above substitution.
Date: 7/2/2015

*/s/ Brittany Pere*
Associate Claim Counsel - Travelers CSCA
(Signature of Party (s))

I consent to being substituted.
Date: 6-25-15

*/s/ PMeagher*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/12/15

*/s/*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 10, 2015

*/s/ Elizabeth D. Laporte*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]