UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL TEAM CONSTRUCTION SERVICES, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>BASIC METALS INDUSTRIES, LLC,<br><br>        Defendant. | Case No. 15-cv-00052-EDL   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: August 24, 2015<br>Mediator: James Ware |

IT IS HEREBY ORDERED that the request to excuse defendant Travelers Casualty and Surety Company ("Travelers") from appearing in person at the August 24, 2015, mediation before James Ware is GRANTED. A representative from Travelers shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: August 18, 2015

Maria-Elena James
United States Magistrate Judge