F. BEARD HOBBS, ESQ., (SBN #147652)
1014 Broadway, Suite A
El Cajon, CA  92021
Tel:  (619) 201-8467
Fax:  (619) 749-0656
beardhobbs@cox.net
ph_assistant@cox.net

Attorneys for Defendant/Cross-Complainant,
BASIC METALS INDUSTRIES, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL TEAM CONSTRUCTION SERVICES, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>BASIC METALS INDUSTRIES, LLC an Arizona limited liability company, ,<br><br>Defendant. | CASE NO. C-15-0052 EDL<br>ORDER ON<br>**REQUEST FOR TELEPHONIC APPEARANCE** AS MODIFIED<br>Date: ~~November 27~~ December 1, 2015<br>Time: 9:00 a.m.<br>Judge: ~~La Porte~~ Laporte<br>Dept.: E |

Defendant/Cross-complainant BASIC METALS INDUSTRIES, LLC ("BASIC"), by and through its attorney Beard Hobbs hereby request that attorney Beard Hobbs be allowed to appear telephonically at the ~~November 27~~ December 1, 2015, Motion to Withdraw hearing, Scheduled for 9:00 a.m., in front of Judge ~~La Port~~ Laporte, Department E .

    1.    Our office is located in San Diego County and it would be an extreme hardship to have to personally appear in the San Francisco area.

/ / /

/ / /

/ / /

1

2. I will make myself personally available for the Motion hearing.

Dated: October 13, 2015

BEARD HOBBS & ASSOCIATES

*Beard Hobbs*

Beard Hobbs
Attorney for Defendant/Cross-Complainant
BASIC METALS INDUSTRIES, LLC.

Counsel shall stand by beginning at the date and time above until called by the Court. No later than two days prior, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call for this appearance.

IT IS SO ORDERED.

Date: November 2, 2015

*Elizabeth D. Laporte*

Judge Elizabeth Laporte